UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Minnesota Laborers Health and Welfare Fund; Minnesota Laborers Pension Fund; Minnesota Laborers Vacation Fund; Construction Laborer's Education and Training Fund of Minnesota and North Dakota; Minnesota Laborers Employers Cooperation and Education Trust; Minnesota Cement Masons and Plasterers Pension Fund; Minnesota Cement Masons and Plasterers Savings Trust; Minnesota Cement Masons and Plasterers Apprenticeship Fund,

Civil No. 00-67 (DWF/RLE)

Plaintiffs,

v.

**ORDER**

Bigelow Brothers Construction, Inc.,

Defendant.

---

Pamela H. Nissen, Esq., McGrann, Shea, Franzen, Carnival, Straughn & Lamb, 2200 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2041, counsel for Plaintiffs.

Michael D. Olafson, Esq., Lindquist & Vennum, 4200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, counsel for Defendant.

---

The Court having been advised by counsel that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the settlement terms.

Dated: May 15, 2000

DONOVAN W. FRANK
Judge of United States District Court

FILED MAY 15 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK