UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST;

and

MINNESOTA CEMENT MASONS AND PLASTERERS PENSION FUND; MINNESOTA CEMENT MASONS AND PLASTERERS SAVINGS TRUST; MINNESOTA CEMENT MASONS AND PLASTERERS APPRENTICESHIP FUND.

Plaintiffs,

vs.

BIGELOW BROTHERS CONSTRUCTION, INC.,

Defendant.

Civ. File No. 00-67 DWF/RLE

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

Pursuant to Fed.R.Civ.P. 41(a), the Plaintiffs and the Defendant in the above-captioned matter, by and through their respective counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice, with each party to bear its own costs.

FILED JUN 16 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 6/15, 2000

MGRANN SHEA FRANZEN CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela H. Nissen
Atty Reg. No. 259810
2600 U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402
Telephone: (612) 338-2525

Attorneys for Plaintiffs

Dated: May 25, 2000

LINDQUIST & VENNUM, PLLP

By [signature]
Michael Olafson
Atty Reg. No. 156693
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211

Attorneys for Defendant

**ORDER**

Pursuant to the Stipulation of the parties, this matter is hereby dismissed with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

Date: June 16, 2000

Donovan W. Frank
Judge of District Court